# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128545

ROBERT MAY, TRUSTEE,
        Plaintiff/Counter-Defendant-
        Appellee,

v

MCN OIL & GAS COMPANY,
        Defendant/Counter-Defendant/
        Third-Party-Defendant-Appellee,

and

STANLEY T. MAY, TRUSTEE and DEVONIAN
ENERGY, INC.,
        Third-Party Defendants-Appellees,

and

IRMA L. RICHARDSON, MARTIN L.
RICHARDSON, RUTH SCHULIEN
RICHARDSON,
        Third-Party Defendants-Appellants,

and

PAXTON RESOURCES, LLC, QUICKSILVER
RESOURCES, INC., ALBERT QUALL LIVING
TRUST, CHRIS MELLING, HARRY S.
MELLING ESTATE, MICHAEL J. MOIR,
WILLIAM J. BELANGER, SANDRA M.
BELANGER, PHILLIP G. BOSWOOD TRUST,
JOHN A. BOTT TRUST, H. KEITH MILLER,
RICHARD NEDOW, ROBIN NEDOW, GERALD
LEROY LANGWEROWSKI, MARCELLA S.

SC: 128545
COA: 251769
Otsego CC: 02-010021-CZ

LANGWEROWSKI, WILLIAM J. MUZYL
TRUST, SCOTT D. LAMPERT TRUST, AND
WHITING PETROLEUM CORPORATION,
        Third-Party Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the March 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005                                   
                                      Clerk

s1024